IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:09-cr-00240-4 |
| | ) | Judge Nixon |
| HOWARD E. COLEMAN | ) | |

## ORDER

Pending before the Court is the United States's Motion to Set Status Conference ("Motion"). (Doc. No. 1209.) In its Motion, the United States requests a status conference regarding Defendant Howard E. Coleman because the United States believes Defendant and his counsel may be experiencing communication problems. (*Id.*) The United States avers that "it [is] appropriate to address these matters on the record to alleviate any potential post-trial issues." (*Id.*)

The Court determines that a hearing on the United States's Motion is warranted. The Court hereby **SCHEDULES** a status conference on this matter for **September 13, 2012, at 10:00 a.m.**

It is so ORDERED.

Entered this the 4th day of September, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT