IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:09-cr-00240-4 |
| v. | ) | |
| | ) | Judge Nixon |
| HOWARD E. COLEMAN | ) | |

## ORDER

On January 27, 2012, the Court held a status conference and orally granted Attorney Patrick McNally's Second Motion to Withdraw and Appoint New Counsel ("Motion to Withdraw") (Doc. No. 909). (Doc. No. 915.) Also pending at that time was Defendant Howard E. Coleman's Letter to the Court, which the Court construes as a Motion for Appointment of New Counsel ("Motion"). (Doc. No. 829.) At the January 27 status conference, the Court directed the Federal Public Defender to appoint Defendant new counsel, and On March 2, 2012, Stephanie Ritchie filed an Amended Notice of Appearance with the Court as Defendant's newly appointed counsel. (Doc. No. 952.)

Defendant's Motion and Mr. McNally's Motion to Withdraw are thereby **GRANTED**.

It is so ORDERED.

Entered this the 22nd day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT