IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-4 |
| v. | ) | |
| | ) | Judge Nixon |
| HOWARD COLEMAN | ) | |

# ORDER

Pending before the Court is Defendant Howard Coleman's Motion for Leave to Join Previously Filed Motions ("Motion to Join"). (Doc. No. 1592.) Specifically, Mr. Coleman requests to join: Defendant Omega Harris's Motion to Dismiss for Violation of Speedy Trial Act Rights and Memorandum in Support (Doc. Nos. 1104–05) and Motion to Reassert Pending Motions (Doc. No. 1234); Motions to Join and Adopt filed by Defendants Leonard Baugh, Paul McQuiddy, and Michael Devonn Davis (Doc. Nos. 1119; 1125; 1139); Defendant Anthony Johnson's Motion for Pretrial Notice of Government's Intent to Use 404(b) Evidence (Doc. No. 1126), Motion for Pretrial Notice of Government's Intent to Use 608 or 609 Impeachment Evidence (Doc. No. 1127), Motion for Disclosure of Intent to Use Evidence (Doc. No. 1128), Motion to Compel Disclosure of Promises (Doc. No. 1129), and Motion for Pretrial Disclosure of Witness List and *Jencks* Material (Doc. No. 1131); Defendant Tierra Young's Motion for Bill of Particulars (Doc. No. 1142) and Motion to Dismiss Due to Violation of Speedy Trial Rights (Doc. No. 1474); Defendant McQuiddy and Baugh's Motions to Reassert Pending Motions (Doc. No. 1234; 1237); and Defendant Faith Readus's Motion to Join Previously Filed Motions (Doc. No. 1588).

To the extent that Mr. Coleman requests to join motions to reassert pending motions and motions to join other motions, the Court finds that Mr. Coleman should be joined to the

1

underlying substantive motions, rather than the motions to join or reassert. Accordingly, the Court **GRANTS** the Motion to Join (Doc. No. 1592) with respect to the motions under the following Docket Entries: 415; 417; 419; 421; 423; 425; 604; 656; 969; 970; 971; 972; 933; 1104; 1126; 1127; 1128; 1129; 1131; 1142; 1177; 1178; 1179; 1180; 1182; 1183; 1186; 1203; 1474; 1546; 1548; and 1554.

It is so ORDERED.

Entered this the \_7th\_\_\_ day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT