IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-4 |
| v. | ) | 3:09-cr-00240-23 |
| | ) | Judge Nixon |
| HOWARD COLEMAN; PATRICK SCOTT | ) | |

## ORDER

Pending before the Court are Motions for Leave to Join and Adopt a Notice of Opposition and Various Pretrial Motions ("Motions to Adopt") filed by Defendants Patrick Scott and Howard Coleman. (Doc. Nos. 1694; 1696; 1697; 1699; 1710.) In their Motions to Adopt, Mr. Scott and Mr. Coleman request to join a Notice of Opposition filed by Defendants Leonard Baugh, Paul McQuiddy, Cecil Whitmon, III, and Anthony Johnson (Doc. No. 1688), as well as the following motions filed by Defendants McQuiddy, Baugh, and Antonio Lee: Joint Motion for Government to Produce its Exhibit and Witness Lists in Anticipated Chronological Order (Doc. No. 1689); Motion for Leave to File Additional Pretrial Motions (Doc. No. 1695); Motion to Allow an Objection Made by any Defendant to be an Objection Made by all Defendants (Doc. No. 1620); Motion in Limine to Prevent the Government from Referring to the Defendants in the Collective (Doc. No. 1621); and Motion to Not Designate the Alternate Jurors as "Alternate Jurors" (Doc. No. 1622). (*Id.*) The motions Mr. Scott and Mr. Coleman request to adopt are all currently pending before the Court.

The Notice of Opposition (Doc. No. 1688) is moot, as it pertains to a motion to continue trial filed by Defendant Christopher Moody (Doc. No. 1677), who has since been severed for the purposes of trial (Doc. No. 1715). The arguments made by Defendants Lee, McQuiddy, and Baugh, in their motions apply equally to Mr. Scott and Mr. Coleman. (*See* Doc. Nos. 1620–22;

1

1689; 1695.) Accordingly, the Court **GRANTS** the Motions to Adopt (Doc. Nos. 1694; 1696; 1697; 1699; 1710) with respect to the above-named motions filed by Defendants Lee, McQuiddy, and Baugh (Doc. Nos. 1620–22; 1689; 1695) and **DENIES** the Motions to Adopt with respect to the Notice of Opposition (Doc. No. 1688).

It is so ORDERED.

Entered this the 23rd day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT