IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:09-cr-00240-4 |
| | ) | 3:09-cr-00240-9 |
| v. | ) | 3:09-cr-00240-15 |
| | ) | 3:09-cr-00240-17 |
| HOWARD COLEMAN; | ) | 3:09-cr-00240-23 |
| CECIL WHITMON, III; ANTONIO LEE; | ) | |
| LEONARD BAUGH; PATRICK SCOTT | ) | |

### ORDER

Pending before the Court is Defendant Antonio Lee's Motion to Allow an Objection Made by Any Defendant to be an Objection Made by All Defendants ("Motion"). (Doc. No. 1620.) Defendants Patrick Scott, Howard Coleman, Leonard Baugh, and Cecil Whitmon, III, have joined the Motion. The Court heard arguments on the Motion at a hearing on January 22, 2013.

Having considered the parties' arguments, the Court **DENIES** the Motion. At the time an objection is made by a Defendant, the Court will determine whether it should apply to all Defendants.

It is so ORDERED.

Entered this the 24th day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT